UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
ex rel., Girish Parikh,

                Plaintiffs,

v.

PREMERA BLUE CROSS,

                Defendant.

No. C01-0476MJP

ORDER DENYING AMENDED CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

The Court declines to approve the proposed confidentiality agreement and protective order in this matter. (Dkt. No. 63). The Court will not automatically approve stipulated protective orders to authorize documents marked confidential and produced during discovery pursuant to protective orders to be filed under seal without further order of the Court. Paragraph 3(b) on page 7 of the parties' agreement and stipulation violates this principle. "There is a strong presumption of public access to the court's files and records which may be overcome only on a *compelling showing* that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review." Local Rule CR 5(g)(1) (emphasis added). Parties seeking an order to seal any documents must provide a specific description of particular documents or categories of documents they seek to protect and "*a clear statement of the facts* justifying a seal and overcoming the strong presumption in favor of public access." Local Rule CR 5(g)(2) (emphasis added). The facts supporting any motion to seal must be provided by declaration or affidavit. .

Dated this 22nd day of May, 2006.

                                          Marsha J. Pechman
                                          United States District Judge

ORDER - 1