UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* Girish Parikh, | |
| Plaintiff(s), | NO. C01-476P |
| v. | MINUTE ORDER |
| PREMERA BLUE CROSS, | |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

A telephone conference was held regarding the above-entitled matter, on March 8, 2007 at 11:00 a.m. Present during the conference were counsel for the following parties: United States (Peter Winn), Girish Parikh (James Helmer, John Timothy Keller), and Premera Blue Cross (Kathryn Bucher, Harold Malkin). Also present were Law Clerk Steven Crozier and court reporter Barry Fanning.

After discussion between the Court and counsel, the following orders were made:

1. Regarding the pending summary judgment motions, the Court will accept the last filings of the pleadings (Dkt. Nos. 251, 252 and 255) as the final documents which will be reviewed and ruled upon.

2. The Response/Memorandum in Opposition to Defendant's March 1 & 2, 2007 Multiple

MINUTE ORDER

Motions for Extension (Dkt. No. 254) is hereby STRICKEN.

3. The parties are admonished from this point forward to prepare their pleadings sufficiently in advance of the due date to allow for review by other counsel and correction of any errors prior to the filing deadline.

4. Based on the representations of counsel, Relator's Motion to Compel Documents Improperly Listed on Premera's Privilege Log (Dkt. No. 201) is STRICKEN.

5. A request to alter the procedure for responding to the cross-motions for summary judgment regarding Count II (Dkt. Nos. 251 and 255) is DENIED.

6. Based on the representations of counsel,

   A. Relator's Motion to Compel Production of the Binder Used by Premera to Prepare Its Presentation to the Government Concerning This Case (Dkt. No. 202)

   B. Relator's Motion to Compel Information Regarding MSP Overpayments (Dkt. No. 210), and

   C. Relator's Motion to Compel Testimony on 30(b)(6) Topics Relating to Its Meetings with the United States (Dkt. No. 258)

are still ripe for consideration and will be reviewed and ruled upon by the Court. It is the Court's understanding that the motions at Dkt. Nos. 210 and 258 should be read in conjunction with each other.

Filed this 8th day of March, 2007.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
     Deputy Clerk

MINUTE ORDER